### A. G. ROLAND v. STATE.
### No. 14799.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

Cunningham & Lipscomb, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

It appears from the affidavit of the sheriff, on file in this court, that appellant escaped from jail on the 15th day of August, 1931, and that he is still at large.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.